No. 80–1006. CRAIG ET AL. v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1011. WYCHE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1015. ASCHER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 80–1020. ADAMS ET AL. v. D'ANDREA. C. A. 5th Cir. Certiorari denied.

No. 80–1028. TONER ET AL. v. HANNA ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–1029. LONDON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–1033. JAMIL v. SOUTHRIDGE COOPERATIVE SECTION 4, INC. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80–1039. MACIEJEWSKI ET AL. v. ENTERTAINMENT CONCEPTS, INC. C. A. 7th Cir. Certiorari denied.

No. 80–1041. RIZZO v. DAVIS, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 80–1042. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1046. REICHSTEIN v. BRIGGS. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 80–1050. BARKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.